**BRIAN P. FUNK**
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone No. (619) 233-4076
Facsimile No. (619) 699-5961
State Bar No.: 110462

Attorney for Defendant,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CHRISTIAN BOHORQUEZ  Defendant. | CASE NO. 21 CR 3429-BAS  **DEFENDANTS SENTENCING MEMO**  **08/31/22**  9:00 AM |

**97  MONTHS    IS A FAIR AND  JUST OUTCOME IN THIS CASE:**

Here we  have a 46 YR old US Ecuador man who has a son dying of cancer . Although he had made a prior trip and was given 14 years, he Had no other choice but to try again. Last time he suffered threats for pleading guilty and admitting fault and was unable to get a non mandatory sentence prior to the First Step act.

   Now he does qualify under the First step act as his record does not require the mandatory minumim.

/

- 2 -

GUIDELINES:

```
BASE                    =    38
SUBMERSIBLE                  +2
ACCEPTANCE                   -3
FAST TRACK/OTER              -4
COVID + 3553 FACTORS         -2
SAFETY VALVE                 -2

NET              29 @ II = 97-121 MONTHS
```

RECOMMENDATION   97 MONTHS.

//

Dated: October 6, 2022           Respectfully submitted,

                                 /s/ Brian P. Funk